UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CHAIDEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>M. BITER,<br><br>　　　　　Respondent. | No. 2:18-cv-2807 TLN AC P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed two motions for discovery. ECF Nos. 13, 14. The petition was dismissed and this case was closed on November 8, 2018. ECF Nos. 7, 8. The motions are therefore denied.

　　　IT IS SO ORDERED.

DATED: May 8, 2019

　　　　　　　　　　　　　　　　　／s／ Allison Claire
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE