UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CHAIDEZ, | No. 2:18-cv-2807 TLN AC P |
| Petitioner, | |
| v. | ORDER |
| M. BITER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed a motion for an extension of time to produce a copy of a 1989 jury acquittal. ECF No. 16. The petition was dismissed and this action was closed on January 18, 2019. ECF Nos. 11, 12. The motion is therefore denied, and any further motions related to discovery will be disregarded.

IT IS SO ORDERED.

DATED: May 14, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE